PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEL EDMUND SIMON,<br><br>Defendant. | 2:16-cr-00085 KJM<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S PETITION FOR DISCLOSURE |
|---|---|

On January 27, 2017, the Court heard argument concerning the defendant's Petition for Disclosure. Based on the petition, the opposition, the reply, and the representations made at the January 27, 2017 hearing, the Court ORDERS pursuant to Local Rule 461(b), that the United States Probation Office produce the following items to both the United States and the defendant:

1. Computer Monitoring Program records relating to the defendant's internet activities as alleged in the amended petition for modification;
2. A Computer and Internet Acceptable Use contract signed by the defendant;
3. Sex offender monthly treatment reports for May, June, July, September, October, and November of 2016;
4. The Counseling and Psychotherapy Center's (CPC) report referred to in the amended petition for modification;
5. Monthly supervision reports for February, March, and June 2016 signed by the defendant including the one regarding attendance of the Bacon Festival;

ORDER

6. A photocopy of an internet advertisement and other materials concerning the Bacon Festival;

7. A preliminary search report for the defendant's computer dated January 19, 2017 and copies of printouts about websites visited by the defendant; and

8. A polygraph examination report and sexual history questionnaire previously disclosed to both parties.

The defendant's remaining requests are DENIED without prejudice. This order resolves ECF No. 13.

Dated:  January 30, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER